UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA STACEY ROSMAN, et al., | No. 2:23-cv-02594-DJC-SCR |
| Plaintiffs, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiff's Counsel has filed a Motion to Withdraw (ECF No. 12). Therein, Counsel represents that "[he] believes continued representation will result in a violation of California Rule of Processional Conduct Rule 3.1[,]" and that he has "[a] good faith belief and assessment that continued representation of Plaintiff will violate the Rules of Professional Responsibility." (*Id.* at 2.) Good cause appearing, Counsel's Motion is granted.

Given the reasons given for Counsel's withdrawal and Counsel's indication that "Plaintiff is seeking substitute counsel[,]" within 21 days of this order, Plaintiff shall inform the Court if she intends to proceed with this action, whether she can do so in good faith under Federal Rule of Civil Procedure 11, and whether she has obtained substitute counsel or intends to proceed pro se.

In accordance with the above and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's Counsel's Motion to Withdraw (ECF No. 12) is GRANTED.

1

The hearing for that motion, previously scheduled for January 9, 2025 at 1:30 P.M in Courtroom 10, is VACATED.

It is further ordered that within 21 days of this order, Plaintiff shall file a notice informing the Court whether she intends to proceed and if she can do so in good faith under Federal Rule of Civil Procedure 11.  If Plaintiff intends to proceed with this matter, Plaintiff must also inform the Court if she has obtained substitute counsel or intends to proceed pro se.

IT IS SO ORDERED.

Dated:   **December 20, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2