# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA STACEY ROSMAN, ET AL., | Case No.: 2:23-cv-02584-DJC-SCR |
| Plaintiffs, | |
| v. | **ORDER REFERRING CASE TO UNITED** |
| UNITED STATES OF AMERICA, | **STATES MAGISTRATE JUDGE** |
| Defendant. | |

On December 20, 2024, the Court granted Attorney Peter Bertling's motion to withdraw as counsel and granted Plaintiff twenty-one (21) days to obtain substitute counsel. (ECF No. 15). On January 27, 2025, the Court granted Plaintiff an additional forty-five (45) days to secure substitute counsel and advised that the case may be referred to the assigned Magistrate Judge if she failed to do so. (ECF No. 17). On March 13, 2025, Plaintiff requested additional time to find new counsel. (ECF No. 18). Having failed to obtain substitute counsel by the Court's continued deadline, the Court DENIES Plaintiff's request for extension of time.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. This case be REFERRED to the assigned Magistrate Judge for all further proceedings pursuant to E.D. Cal. L.R. 302(c)(21);
2. Any pending deadlines and hearings set before the assigned District Judge be VACATED; and
3. All documents hereafter filed with the Clerk of the Court bear case number: 2:23-cv-02584-DJC-SCR (PS).

Plaintiff is advised that this matter shall be referred back to the assigned District Judge if a party appearing in propria persona is later represented by an attorney appearing in accordance with E.D. Cal. L.R. 180.

Dated: March 13, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE