UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAMELA ROSMAN, et al.,

           Plaintiffs,

    v.

UNITED STATES OF AMERICA,

           Defendant.

No.  2:23-cv-2584 DJC SCR

ORDER

Plaintiffs are proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On November 12, 2025, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 33.  Plaintiffs filed objections to the findings and recommendations on November 26, 2025, and amended objections on December 1, 2025.  ECF Nos. 34-35.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 12, 2025 are adopted in full; and

2. Defendant's motion for summary judgment (ECF No. 20) is GRANTED; and

3. This action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated:   **January 9, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2